**[J-92-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, GABLER'S BEVERAGE DISTRIBUTOR, INC. AND PKD, INC., | : | No. 8 MAP 2016 |
| | : | |
| Appellants | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Appellee | : | |
| | : | |
| OHIO SPRINGS, INC. T/A SHEETZ, | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2016, the Application to Dismiss is **GRANTED**. Each party is to bear its own costs. The Application to Stay the Briefing Schedule is **DISMISSED AS MOOT**.